# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

United States of America  
v.  
Olquandri Shemik McNeal  

Case No: 3:20CR00360-001  
USM No: 13935-509  

Date of Original Judgment: February 8, 2022  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*  

Joshua Carpenter  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 46 months **is reduced to** 41 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/10/2022 shall remain in effect.  
**IT IS SO ORDERED**.

Signed: December 6, 2023

Frank D. Whitney  
United States District Judge

Effective Date: 02/01/2024     Frank D. Whitney, U.S. District Court Judge  
*(if different from order date)*     *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Olquandri Shemik McNeal
CASE NUMBER:  3:20CR00360-001
DISTRICT:  Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 21     Amended Total Offense Level: 21
Criminal History Category: III       Criminal History Category: II
Previous Guideline Range: 46 to 57 months    Amended Guideline Range: 41 to 51 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*